UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **GLEN C. WATSON, III, TRUSTEE,** ) <br> ) <br>     **Plaintiff,** ) <br> ) <br> **v.** ) <br> ) <br> **DIANA L. DAY CARTEE, ALAN** ) <br> **CARTEE, UNITED STATES OF** ) <br> **AMERICA, acting through the Department** ) <br> **of the Treasury, REGIONS BANK, SHARP** ) <br> **MECHANICAL, INC., ANDRES** ) <br> **VALENZUELA, JR., individually and d/b/a** ) <br> **Andy's Pool Service, MUSIC SQUARE** ) <br> **PARTNERSHIP, and DEMONBREUN** ) <br> **ROOFING, INC.,** ) <br> ) <br>     **Defendants,** ) <br> ) <br> **and** ) <br> ) <br> **DIANA L. DAY CARTEE and** ) <br> **ALAN CARTEE,** ) <br> ) <br>     **Third Party Plaintiffs,** ) <br> ) <br> **vs.** ) <br> ) <br> **HENRY PRESTON INGRAM,** ) <br> ) <br>     **Third Party Defendant.** ) | **Civil No. 3:14-CV-00580** <br> **Judge Aleta A. Trauger** |

## ORDER

For the reasons stated in the court's concurrently-filed Memorandum, Defendant Regions Bank's Motion for Summary Judgment on the Complaint (Docket No. 35) is **GRANTED**. Regions Bank shall be paid the sum of $281,632.74, which represents the entire balance currently being held in the registry of the court in this matter. Regions Bank shall request

1

disbursement of these funds by the Clerk of Court within ten days, and the funds shall be paid to counsel for Regions Bank.

Third Party Defendant Henry Preston Ingram's Motion for Summary Judgment (Docket No. 59) on the Third Party Complaint is **GRANTED**. Third Party Plaintiffs Diana L. Day Cartee and Alan Cartee's Motion for Summary Judgment on the Third Party Complaint is **DENIED**.

The Clerk of Court shall (1) enter judgment in favor of (a) Regions Bank on the Complaint and (b) Henry Preston Ingram on the Third Party Complaint, and (2) close the case for all purposes. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

It is so **ORDERED**.

Enter this 19th day of February, 2014.

_____
ALETA A. TRAUGER
United States District Judge